DEMETRIA L. ROBINSON-CARTER, CPA,
PERSONALLY AND O/B/O DEMETRIA L.
ROBINSON-CARTER, CPA, LLC

VERSUS

ST. JOHN THE BAPTIST PARISH SCHOOL
BOARD

NO. 23-CA-397

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

*Susan Buchholz*

April 19, 2024

Susan Buchholz
Chief Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Susan M. Chehardy,
John J. Molaison, Jr., and Timothy S. Marcel

**<u>DENIED WITH REASONS</u>**

> **JJM**
> **SMC**
> **TSM**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
Chief Deputy, Clerk of Court

**MOLAISON, J.**

The appellant previously raised the issue of inaccurate transcripts in a motion filed prior to submission of the appeal for consideration. On October 13, 2023, we denied the motion to supplement the record on appeal, noting, in part, that "A court reporter's audio tapes of trial testimony do not properly form part of the record on appeal. See, e.g., La. R.S. 13:961(C); La. C.C.P. Art. 2127.1."

In her motion for reconsideration, the appellant fails to offer any proof as to inaccuracies in the record on appeal. The Clerk of Court for the 40th Judicial District Court certified that the record is a true copy of the original record and includes all the pleadings, evidence and documents in the case. Additionally, the transcripts all contain the multiple official court reporters' certifications that the transcripts are true and accurate. Given these certifications and absent any proof of inaccuracies, we must presume the appellate record before us is correct. Accordingly, this Court is unable to conclude that the certified record is incorrect or contains misstatements. *See Karagiannopoulos v. State Farm Fire & Cas. Co.*, 94-1048 (La. App. 5 Cir. 11/10/99), 752 So.2d 202, 207-08, *writs denied*, 99-2866 (La. 12/10/99), 752 So.2d 165, 99-3474 (La. 2/11/00), 754 So.2d 940; *Bedi v. Price*, 19-138 (La. App. 5 Cir. 10/2/19), 282 So.3d 323, 327. The appellant's motion for reconsideration is denied.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **04/19/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

## 23-CA-397

### E-NOTIFIED

40th District Court (Clerk)
Honorable Vercell Fiffie (District Judge)
Vercell Fiffie (Appellee)                    Louis R. Koerner, Jr. (Appellant)

### MAILED

Jonathan D. Blake (Appellee)
Attorney at Law
2431 South Acadian Thruway
Suite 600
Baton Rouge, LA 70808